

COMANDO NAVAL CAPITANIA DE PUERTOS Y AUTORIDAD MARITIMA
ARMADA DE REPÚBLICA DOMINICANA
"PUESTO AVANZADO DE JUANILLO"

## DESPACHO DE EMBARCACIONES MENORES

Juanillo, Cap-Cana La Altagracia, R.D.

Núm: _____

### SE CERTIFICA

Que **Atlantis**, Matrícula Núm. **DL2358AP**, Bandera **Delaware**

Capitán **Santo Perez Baez**, Céd./Pasaporte: **MM765866** Nacionalidad **DOM**

Teléfono navegación **809-4416-7308**, Eslora **30.0**, Manga **10.0**, Puntal **5.0**

Armas/tipo **N/A** Actividades **Recreo** Despachado para: **Martinica**

Navega con: **(06)** Tripulantes **0** Pasajeros **0** Color **Blanco**

Tel. del Comandante: *809-664-3639.*

| NOMBRES Y APELLIDOS | NACIONALIDAD | PASAPORTE O CED. | TELÉFONOS |
|---|---|---|---|
| ■■■ | ALB | ■■■ | ■■■ |
| ■■■ | BRD | ■■■ | ■■■ |
| ■■■ | BRA | ■■■ | ■■■ |
| ■■■ | BRA | ■■■ | ■■■ |
| ■■■ | BRA | ■■■ | ■■■ |

DADO BAJO NUESTRAS MANOS Y SELLADO EN JUANILLO A LAS **11:20** HORAS DEL DÍA **21** DEL MES DE **3** DEL AÑO **2025** A LOS 180 AÑOS DE LA INDEPENDENCIA NACIONAL DE LA REPÚBLICA DOMINICANA.

Capitán                               Comandante

AQUÍ HA ENTRADO Y HA SIDO DESPACHADA LA REFERIDA EMBARCACIÓN, DE ACUERDO A LA LEY 3003-51 Y SUS MODIFICACIONES SOBRE POLICÍA DE PUERTOS Y COSTAS.