

REPÚBLICA DOMINICANA / Dominican Republic

PASAPORTE / Passport

Tipo/Type: P
Código del país/Country Code: DOM
Nº Pasaporte/Passport No.: MM0765866

Apellido/Surname: PEREZ BAEZ
Nombres/Given Name: SANTO MERILIO
Nacionalidad/Nationality: DOMINICANA
Fecha de nacimiento/Date of birth: 04 NOV/NOV 1963
Sexo/Sex: M
Lugar de nacimiento/Place of birth: BANI, RD
Fecha de expedición/Date of issue: 14 FEB/FEB 2024
Fecha de expiración/Date of expiry: 14 FEB/FEB 2030
Núm. Personal/Personal No.: 001-0665102-9
Autoridad/Authority: CONS. MIAMI
Firma del titular/Holder's signature

P<DOMPEREZ<BAEZ<<SANTO<MERILIO<<<<<<<<<<<<<<<
MM07658662DOM6311043M3002142001066510299<<<48