IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
    *Plaintiff,*

     v.                          Criminal No. 25-177 (GMM)

SANTOS PEREZ-BAEZ,
    *Defendant.*

**INFORMATIVE MOTION WAIVING 35-DAY PERIOD TO OBJECT TO
PRESENTENCE INVESTIGATION REPORT**

**TO THE HONORABLE COURT:**

**COMES NOW** defendant Santos Perez-Baez, represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, and respectfully informs the Court of the following:

1. A change of plea hearing was held on April 25, 2025. Docket No. 25.

2. Mr. Perez-Baez requested an expedited Presentence Investigation Report (PSR) be prepared, as he has serious health problems and wishes to return to his home in the Dominican Republic as soon as possible. Docket No. 20. The Government did not oppose, Docket No. 21, and the request was granted by the Court, Docket No. 25.

3. Given the urgency to move the case along, Mr. Perez-Baez waives the 25-day period to object to the PSR pursuant to Fed. R. Crim. P. 32(e)(2).

**WHEREFORE**, Mr. Perez-Baez respectfully requests that the Court take note of the above waiver.

**I CERTIFY** that on this date I electronically filed the present motion with the Clerk of the Court using the CM/ECF system, which will send electronic notification of said filing to all parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 20th day of May, 2025.

> **RACHEL BRILL**
> Federal Public Defender
> District of Puerto Rico
>
> ***S/Joanna E. LeRoy***
> Joanna LeRoy
> Assistant Federal Public Defender
> Federal Public Defender
> USDC-PR G03416
> 241 F.D. Roosevelt Ave.
> San Juan, PR 00918-2441
> (787) 281-4922/ Fax (787) 281-4899
> E-mail: Joanna_LeRoy@fd.org

2