**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br>    Plaintiff,<br><br>        v.<br><br>**SANTOS MERILIO PÉREZ-BAEZ,**<br>    Defendant. | CASE NO. 25-177 (GMM) |

**MOTION SUBMITTING CERTIFIED TRANSLATIONS**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by and through the undersigned attorneys, very respectfully submits certified translations for the three Spanish language documents that were included as exhibits in its *Sentencing Memorandum* at Docket No. 29.

WHEREFORE, the United States respectfully requests that the Court takes note of the above stated.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 28th day of May, 2025.

W. STEPHEN MULDROW
UNITED STATES ATTORNEY

*S/Emelina M. Agrait Barreto*
Emelina M. Agrait Barreto
Assistant U.S. Attorney
USDC-PR No. 301004
United States Attorney's Office
Torre Chardón Bldg., Suite 1201
350 C. Chardón Street
Hato Rey, Puerto Rico 00918
Tel: (787)766-5656
Fax: (787) 766-6219
emelina.agrait.barreto@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to all counsel of record.

*S/Emelina M. Agrait Barreto*
Emelina M. Agrait Barreto
Assistant U.S. Attorney

2