

## Dominican Republic
## Central Electoral Board
## Identity and Electoral Card



### 001-0665102-9



Birthplace

**BANI**

Birthdate

**November 04, 1963**

Nationality: **Dominican Republic**

Sex: **M**                    Bloodtype: O+                    Marital status: Single

Occupation: Merchant Seaman

Expiration date:

November 04, 2024

**SANTO MERILIO
PEREZ BAEZ**




**CERTIFIED TRANSLATION**
I, **Cristzayda Matos**, certify that this is a true and accurate translation of the original Spanish language document, to the best of my abilities.
Pursuant to Local Rule 5(c)(2)