**NAVAL COMMAND HARBOR MASTER'S OFFICE AND MARITIME AUTHORITY**

NAVY OF THE DOMINICAN REPUBLIC

**"JUANILLO OUTPOST"**

**SMALL VESSELS DISPATCH**

Juanillo, Cap-Cana La Altagracia, D.R.

No.: _____

## IT IS CERTIFIED

| That | *Atlantis*, | Registration No. *DL2358AP*, | | Flag *Delaware [SIC]* |
|---|---|---|---|---|
| Captain | *Santos Perez Baez*, | ID/Pasport: *MM0765866* | Nacionality | *DOM* |
| Navigation Telephone *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*, | | Length, *30·0* | Beam, *10·0* | Draft *5·0* |
| Weapons/Type *N/A* | | Activities *Recreational* | Dispatched to *Martinique [sic]* | |
| Navigates with: *(06)* | Crewmembers *0* | Passengers *0* | Color *White* | |

Commander's Tel.: **809-664-3639**

| FIRST AND LAST NAMES | NATIONALITY | PASSPORT OR ID | TELEPHONES |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓▓▓ | *ALB* | ▓▓▓▓▓▓▓▓ | |
| ▓▓▓▓▓▓▓▓▓▓ | *BRA* | ▓▓▓▓▓▓▓▓ | |
| ▓▓▓▓▓▓▓▓▓▓ | *BRA* | ▓▓▓▓▓▓▓▓ | |
| ▓▓▓▓▓▓▓▓▓▓ | *BRA* | ▓▓▓▓▓▓▓▓ | |
| ▓▓▓▓▓▓▓▓▓▓ | *BRA* | ▓▓▓▓▓▓▓▓ | |
| | | | |
| | | | |

GIVEN UNDER OUR HANDS AND SEALED IN JUANILLO AT *11:20* HOURS ON THE *21ST* OF *3* OF THE YEAR *2025* ON THE 180TH YEAR OF THE DOMINICAN REPUBLIC'S NATIONAL INDEPENDENCE

*[SIGNATURE]*
_____
Captain

▓▓▓▓▓▓▓▓▓▓▓▓▓
Commander