

U.S. DEPARTMENT OF HOMELAND SECURITY
Customs and Border Protection

## STATEMENT OF RIGHTS

Name: _Santo Perez_          File Number: **[REDACTED]**

*BEFORE WE ASK YOU ANY QUESTIONS, YOU MUST UNDERSTAND YOUR RIGHTS:*

You have the right to remain silent.
Anything you say can be used against you in a court of law or other administrative or immigration proceedings.
You have the right to consult an attorney before making any statement or answering any questions.
You have the right to have an attorney present with you during questioning.
If you cannot afford an attorney, one will be appointed for you before any questioning, if you wish.
If you decide to answer questions now, you still have the right to stop the questioning at any time, or to stop the questioning for the purpose of consulting an attorney.

I HAVE READ (OR SOMEONE HAS READ TO ME) THIS STATEMENT OF MY RIGHTS AND I UNDERSTAND WHAT MY RIGHTS ARE.

| [SIGNATURE] | 3/24/25     /     9:04 | L·M·M·I·A· |
|---|---|---|
| Signature | Date and Time | Place |
| [SIGNATURE] | | **[REDACTED]** |
| Official Signature | | Witness Signature |

## WAIVER

I am willing to testify and answer questions. At the moment, I do not wish to have an attorney. I understand and am aware of what I am doing. I have not been subjected to promises, threats, pressure, or coercion of any kind.

| Refused | 3/24/25     /     9:05 | L·M·M·I·A· |
|---|---|---|
| Signature | Date and Time | Place |

### CERTIFICATION

I HEREBY CERTIFY that the foregoing Warning and Waiver were read by me to the above signatory, that he or she also read it and has affixed his or her signature hereto in my presence.

| [SIGNATURE] | **[REDACTED]** |
|---|---|
| CBP Officer | Witness Signature |

EXHIBIT "H"